# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

CHARLES L. BURGETT,      )
              )
Plaintiff,         )
              )
v.            )   Case No. ___21-231-cv-w FJG___
              )
JANET L. YELLEN, SECRETARY  )
DEPARTMENT OF THE TREASURY,  )
              )
     Defendant.    )

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

 I, Charles L. Burgett, state that I am unable to pay the fees to file an action against the defendant in this case and that the actions of the defendant has harmed me.  Attached is my Affidavit of Financial Status in support of my application to the court for leave to file a civil action without payment of costs.

Dated: <u>April 1, 2021</u>

               Submitted,

               *Charles L. Burgett*

               Charles L. Burgett, *Pro Se* Plaintiff